# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00247-CR
### 10-25-00248-CR

In re Ricardo Sanchez Enriquez

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's petitions for writ of mandamus, each filed on August 1, 2025, are denied.

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  August 14, 2025

Before Justice Smith,
        Justice Harris, and
        Senior Chief Justice Wright[1]
Petitions denied
Do Not Publish
OT06



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.